**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

ANN HARRIS,

Plaintiff,

-v-

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6 4 2020

20 **CIVIL** 714 (DF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 3, 2020, that this action be, and hereby is,

reversed and remanded to the Commissioner of Social Security pursuant, to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
    June 4, 2020

**RUBY J. KRAJICK**

_____

**Clerk of Court**

BY:

_____

**Deputy Clerk**
